IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| KELLY BLAND, individually and on behalf of all others similarly situated, | § § § | |
| VS. | § § § | CIVIL ACTION NO. 4:24-cv-00994 |
| OUR WORLD ENERGY LLC | § § | |

**NOTICE OF APPEARANCE AS LOCAL COUNSEL**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD

Please take notice that the Law Office of Sharon K Campbell, by Sharon Campbell, hereby enters appearance in these proceedings as counsel of record for Plaintiff Kelly Bland, and requests that all papers, pleadings, notices, orders and other related documents be served upon the undersigned along with other counsel of record.

Respectfully submitted,

*/s/ Sharon K Campbell*
Sharon K. Campbell
State Bar # 03717600
3300 Oak Lawn Ave., Suite 425
Dallas, Texas 75219
Telephone: 214/351-3260
Fax: 214-748-7778
Sharon@SharonKCampbell.com

1

CERTIFICATE OF SERVICE

In keeping with Rule 21a of the Texas Rules of Civil Procedure, I hereby certify that a true and correct copy of the foregoing instrument has been served upon all parties of record

\_\_\_   CERTIFIED MAIL/RETURN RECEIPT REQUESTED

\_\_\_   TELEPHONIC DOCUMENT TRANSFER (FAX)

\_\_\_   FEDERAL EXPRESS

\_\_\_   COURIER/RECEIPTED DELIVERY

\_\_\_   REGISTERED MAIL/RETURN RECEIPT REQUESTED

\_\_\_   HAND-DELIVERY (IN PERSON)

\_\_\_   REGULAR MAIL

  X     ELECTRONIC MAIL

DATED:   October 17, 2024

/s/  Sharon K. Campbell