# UNITED STATES DISTRICT COURT

for the
Northern District of Texas

| | | |
|---|---|---|
| **Bland** | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 4:24-cv-00994-P |
| **Our World Energy LLC et al** | ) | |
| *Defendant* | ) | |

## AFFIDAVIT OF SERVICE

I, Branson Oxford , state:

I am not a party to or interested in the outcome of this suit.

I received the following documents on November 4, 2024, at 10:12 am. I delivered these documents to Our World Energy LLC in Maricopa County, AZ on November 5, 2024 at 10:17 am at 8716 West Ludlow Drive, suite 6, Peoria, AZ 85381 by leaving the following documents with Tami Overhage who as Office manager is authorized by appointment or by law to receive service of process for Our World Energy LLC.

Summons and Complaint

Additional Description:
I spoke to the office manager Tami at the given address who accepted the documents.

White Female, est. age 45-54, glasses: Y, Gray hair, 160 lbs to 180 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=33.612180874,-112.2469336636
Photograph: See Exhibit 1

Total Cost: $106.00

My name is Branson Oxford , my date of birth is 2/8/2002, and my address is 8629 w Tumblewood dr, Peoria, AZ 85382, and USA.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in \_\_\_[county]_____,
\_\_\_[state]\_\_\_ on \_\_\_[date]_____.

/s/ *[signature]*
_____

