UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**KELLY BLAND,**

   Plaintiff,

v.   No. 4:24-cv-00994-P

**OUR WORLD ENERGY LLC, ET AL.,**

   Defendants.

## ORDER

On October 16, 2024, Plaintiff initiated this lawsuit. ECF No. 1. The clerk issued summonses to both Defendants on October 29, 2024. ECF No. 5. Plaintiff served Defendant Our World Energy LLC on November 5, 2024, and filed a return of service. ECF No. 7. Under Rule 12 of the Federal Rules of Civil Procedure, Defendant had until November 26, 2024, to answer or otherwise respond. That deadline passed, and Defendant Our World Energy LLC has not appeared.

Accordingly, the Court **ORDERS** Plaintiff to move for clerk's entry of default under Rule 55 **on or before Tuesday, December 10, 2024**. *See* FED. R. CIV. P. 55. Otherwise, the Court may dismiss Plaintiff's claims against Our World Energy LLC under Rule 41(b) for failure to prosecute. FED. R. CIV. P. 41(b).

**SO ORDERED** on this **3rd day of December 2024.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE