# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | | |
|---|---|---|
| **KELLY BLAND, individually and on behalf of all others similarly situated,** § § § | | |
| **Plaintiff,** § § | | |
| vs. § § | Case No. 4:24-cv-00994-P | |
| **OUR WORLD ENERGY, LLC, and SUNSCI MEDIA, LLC** § § | | |

## STIPULATION

In the above-captioned lawsuit, Plaintiff Kelly Bland ("Plaintiff") effectuated service of process on Defendant Our World Energy, LLC ("Our World Energy") on or around November 5, 2024. Our World Energy has since retained the undersigned counsel, who are admitted to practice law in the United States District Court for the Northern District of Texas, to represent it in this case.

Plaintiff and Our World Energy **HEREBY STIPULATE** that the deadline for Our World Energy to answer Plaintiff's *Class Action Complaint* (the "Complaint") or to otherwise respond to the Complaint is December 31, 2024.

**AGREED:**

| | |
|---|---|
| */s/Anthony Paronich* | */s/Caleb B. Bulls* |
| Anthony Paronich | Michael D. Anderson |
| anthony@paronichlaw.com | State Bar No. 24031699 |
| **PARONICH LAW, P.C.** | michael.anderson@kellyhart.com |
| 350 Lincoln Street, Suite 2400 | Caleb B. Bulls |
| Hingham, MA 02043 | State Bar No. 24082749 |
| Phone: (617) 485-0018 | caleb.bulls@kellyhart.com |
| | **KELLY HART & HALLMAN, LLP** |
| *Attorney for Plaintiff* | 201 Main Street, Suite 2500 |
| | Fort Worth, Texas 76102 |
| | Phone: (817) 332-2500 |
| | |
| | *Attorneys for Our World Energy* |

4137866_1.docx