**IN THE UNITED STATES DISTRICT COURT**
**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| **KELLY BLAND, individually and on behalf of all others similarly situated,** § § § | |
| **Plaintiff,** § § | |
| vs. § § | Case No. 4:24-cv-00994-P |
| **OUR WORLD ENERGY, LLC, and SUNSCI MEDIA, LLC** § § § | |

## MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS

Plaintiff Kelly Bland ("Ms. Bland"), by her undersigned counsel, respectfully seeks an extension of time to file a response to Defendant Our World Energy, LLC's Motion to Dismiss, The new response date would be up to and including January 28, 20245 for the motion. Counsel for Plaintiff has conferred with counsel for both Defendant, which has indicated that they are not opposed to the requested relief.

RESPECTFULLY SUBMITTED AND DATED this January 6, 2025.

> */s/ Andrew Roman Perrong*
> Andrew Roman Perrong, Esq.
> Perrong Law LLC
> 2657 Mount Carmel Avenue
> Glenside, Pennsylvania 19038
> Phone: 215-225-5529 (CALL-LAW)
> Facsimile: 888-329-0305
> a@perronglaw.com
>
> *Attorney for Plaintiff and the Proposed Class*

## Certificate of Service

The foregoing document has been filed electronically, is available for viewing and downloading from the ECF system, and has been served on all parties of record via electronic service through the ECF system.

> */s/ Andrew Roman Perrong*
> Andrew Roman Perrong, Esq.
> Perrong Law LLC
> 2657 Mount Carmel Avenue
> Glenside, Pennsylvania 19038
> Phone: 215-225-5529 (CALL-LAW)
> Facsimile: 888-329-0305
> a@perronglaw.com