UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**KELLY BLAND,**

   Plaintiff,

v.                                      **No. 4:24-cv-00994-P**

**OUR WORLD ENERGY LLC, ET AL.,**

   Defendants.

## ORDER

Before the Court is Plaintiff's Unopposed Motion to Extend Time. ECF No. 12. The Court **GRANTS** the motion. Accordingly, Plaintiff's deadline to respond to Defendant's Motion to Dismiss (ECF No. 9) is extended to **January 28, 2025**.

**SO ORDERED** on this **6th day of January 2025.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE