UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**KELLY BLAND,**

   Plaintiff,

v.                                          **No. 4:24-cv-00994-P**

**OUR WORLD ENERGY LLC, ET AL.,**

   Defendants.

## ORDER

   Plaintiff sued Our World Energy LLC and SunSCI Media LLC on October 16, 2024. ECF No. 1. Plaintiff served Our World but not SunSCI. ECF No. 6. Under Rule 4(m) of the Federal Rules of Civil Procedure, Plaintiff had 90 days from the date of filing (that is, January 14, 2025) to serve all defendants. FED. R. CIV. P. 4(m). That deadline has passed, and Plaintiff has not served SunSCI. Under Rule 4(m), the Court must dismiss the action after notice to Plaintiff or order that service be made within a specific time. Therefore, the Court hereby gives Plaintiff notice that it intends to dismiss Plaintiff's claims against SunSCI without prejudice on **January 24, 2025**, if service is not made on SunSCI before that date.

   **SO ORDERED** on this **17th day of January 2025.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE