# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| KELLY BLAND, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br>v.<br><br>OUR WORLD ENERGY LLC<br>AND<br>EDJ ENTERPRISES INC.<br><br>   Defendants. | Case No. 4:24-cv-00994-P<br><br>**JURY TRIAL DEMANDED** |

## [PROPOSED ORDER DENYING] DEFENDANT'S MOTION TO DISMISS

AND NOW, this _____ day of _____, 2025, it is hereby ORDERED that the Defendant Our World Energy LLC's Motion to Dismiss (ECF No. 20) is hereby DENIED.

*BY THE COURT:*

_____
Hon. Mark Timothy Pittman, J.