# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| KELLY BLAND, individually and on behalf of all others similarly situated, | Case No. 4:24-cv-00994-P |
| Plaintiff, | **JURY TRIAL DEMANDED** |
| v. | |
| OUR WORLD ENERGY LLC AND EDJ ENTERPRISES INC. | |
| Defendants. | |

## [PROPOSED ORDER GRANTING] OBJECTION TO MEDIATOR'S APPOINTMENT

AND NOW, this _____ day of _____, 2025, it is hereby ORDERED that David Evans is removed as mediator in this action. The Court appoints John Brookman as mediator.

*BY THE COURT:*

_____
Hon. Mark Timothy Pittman, J.