UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**KELLY BLAND,**

   Plaintiff,

v.   No. 4:24-cv-00994-P

**OUR WORLD ENERGY LLC, ET AL.,**

   Defendants.

## ORDER

On March 6, the Court entered a scheduling order for this case. ECF No. 26. The scheduling order appointed the Honorable David L. Evans as the mediator and gave the parties ten days to object to the appointment. *Id.* ¶ 5. Plaintiff timely objected to the appointment of Judge Evans as the mediator, requesting instead that John Brookman be appointed. ECF No. 27. Because Plaintiff did not show good cause why Judge Evans should not be appointed—but merely explained why Mr. Brookman would be their first choice—the objection is **OVERRULED**.

**SO ORDERED** on this **8th day of March 2025.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE