# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| **Kelly Bland** )<br>)<br>*Plaintiff* )<br>)<br>v. )<br>)<br>)<br>**Our World Energy LLC** )<br>)<br>*Defendant* ) | Civil Action No. 4:24-cv-00994-P |

## AFFIDAVIT OF NONSERVICE

I, Jamie Henderson, state:

I am not a party to or interested in the outcome of this suit.

I received the following documents on February 2, 2025, at 10:21 am. After careful inquiry and diligent attempts, I was unable to serve EDJ ENTERPRISES INC.

Summons and PLAINTIFF'S FIRST AMENDED CLASS ACTION COMPLAINT

Serve Attempt #1
Date / Time: February 4, 2025 11:57 am
Address: 1340 Gulf Boulevard, apt 19e, Clearwater, FL 33767
Photo: See Exhibit 1a below
Geolocation: https://google.com/maps?q=27.9490974565,-82.8337382473
Description of attempt: No answer at the residence.

Serve Attempt #2
Date / Time: February 8, 2025 12:31 pm
Address: 1340 Gulf Boulevard, apt 19e, Clearwater, FL 33767
Photo: See Exhibits 2a, 2b below
Geolocation: https://google.com/maps?q=27.9489371833,-82.8334413612
Description of attempt: No contact made at the unit. Interior lights were illuminated.

Serve Attempt #3
Date / Time: February 12, 2025 7:44 pm

Address: 1340 Gulf Boulevard, apt 19e, Clearwater, FL 33767
Photo: See Exhibits 3a, 3b below
Geolocation: https://google.com/maps?q=27.9489371833,-82.8334413612
Description of attempt: No response at the residence. Interior lights illuminated. Attempts to reach the recipient by phone were met with negative results.

Serve Attempt #4
Date / Time: February 18, 2025 12:22 pm
Address: 1340 Gulf Boulevard, apt 19e, Clearwater, FL 33767
Photo: See Exhibits 4a, 4b below
Geolocation: https://google.com/maps?q=27.9485478958,-82.8336477658
Description of attempt: No response at the residence on 4th attempt. Interior lights were off.

My name is Jamie Henderson, I am 18 years of age or older, and my address is 6409 US Highway 41, Ruskin, FL 33570, and USA.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in __Polk County__, __FL__ on __2/26/2025__.

/s/ *Jamie Henderson*
Jamie Henderson
+1 (844) 477-9835
Certification Number: 18-828540
Expiration Date: 5/11/2025







Exhibit 2b)



Exhibit 3a)





