

# FLORIDA DEPARTMENT OF STATE
Division of Corporations

March 19, 2025

Andrew Perrong

Pursuant to Chapter 48.081 Florida Statutes, substitute service of process was accepted for EDJ Enterprises Inc. in case number 4:24-cv-00994-P and was filed on March 17, 2025 at 12:16 PM.

> Plaintiff(s)
> Kelly Bland
> v.
> Defendant(s)
> Our World Energy LLC and EDJ Enterprises Inc.

The Secretary of State does not forward documentation to the defendant. All inquiries on behalf of this defendant should be made to the attorneys involved.


Tanner J. Turnmire
Processor of Service

Division of Corporations
P.O. Box 6327, Tallahassee, Florida 32314

---

Letter No. 250317017SOP.01