# Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

Tracking Number

1Z12W3V63592771744

Weight

0.40 LBS

Service

UPS 2nd Day Air®

Shipped / Billed On

03/19/2025

Additional Information

Signature Required

Delivered On

03/25/2025 4:20 P.M.

Delivered To

CLEARWATER BEACH, FL, US
Received By

ERIC

Left At

Residential

Please print for your records as photo and details are only available for a limited time.

Sincerely,

UPS

Tracking results provided by UPS: 03/27/2025 12:09 A.M. EST