UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**KELLY BLAND,**

   Plaintiff,

v.    No. 4:24-cv-00994-P

**OUR WORLD ENERGY LLC, ET AL.,**

   Defendants.

# ORDER

On January 28, 2025, Plaintiff filed her Amended Complaint. ECF No. 16. On March 26, 2025, Plaintiff filed a return of service for Defendant EDJ Enterprises Inc., showing that EDJ had been served on March 17. ECF No. 31. Over 21 days have passed since EDJ was served and, as of the date of this Order, EDJ has not filed an answer or otherwise responded to the Amended Complaint.

Accordingly, the Court **ORDERS** Plaintiff to seek entry of default from the Clerk of this Court and to file a motion for default judgment against Defendants **on or before April 29, 2025**. Otherwise, the Court may dismiss Plaintiff's action against these Defendants pursuant to Rule 41(b) for failure to prosecute. *See* FED. R. CIV. P.41(b); *see also Larson v. Scott*, 157 F.3d 1030, 1031 (5th Cir. 1998).

**SO ORDERED** on this **8th day of April 2025.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE