**Motion for Extension**



DEFENDANT EDJ ENTERPRISES, INC.'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendant EDJ Enterprises, Inc. ("Defendant"), respectfully moves this Court for an extension of time to file a responsive pleading to the Plaintiff's Amended Complaint, and in support states the following:

1. Defendant was served with the Amended Complaint on March 17, 2025.

2. Due to a communication breakdown and late notice from co-defendant Our World Energy LLC regarding legal representation, Defendant only recently became aware that it would need to secure its own counsel and respond independently.

3. Defendant respectfully requests an extension through April 29, 2025, to allow sufficient time to prepare and file a proper response.

4. Counsel for Plaintiff, Anthony Paronich and Andrew Perrong, have previously been notified of this situation and acknowledged a response by April 23 would be acceptable.

WHEREFORE, Defendant respectfully requests that this Court grant an extension of time through April 29, 2025 to respond to the Amended Complaint.

Respectfully submitted,

EDJ ENTERPRISES, INC.

By: /s/ Eric DeJohn

Eric DeJohn

Owner & Authorized Representative

Eric DeJohn

Owner & Authorized Representative

27265 St Andrews Ave

Wesley Chapel, FL 33544

315-256-2154

edj@ericdejohn.com


Date: April 21, 2025