UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**KELLY BLAND,**

    Plaintiff,

v.                                              No. 4:24-cv-00994-P

**OUR WORLD ENERGY LLC,**
**ET AL.,**

    Defendants.

## ORDER

    Before the Court is Defendant EDJ Enterprises, Inc.'s ("EDJ") Motion to Dismiss. ECF No. 35. Having considered the Motion, the Court finds that the Motion should be and is hereby **DENIED.**

    Additionally, a corporation is not a natural person and therefore cannot appear pro se. *Memon v. Allied Domecq QSR*, 385 F.3d 871, 873 (5th Cir. 2004). Corporations and other legal entities may appear in court only through licensed legal counsel. *Rowland v. Cal. Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 201–02 (1993).

    Nonparty Eric DeJohn appears to have attempted to sign EDJ's answer to Plaintiff's Complaint on behalf of EDJ. ECF No. 35 at 3. Mr. DeJohn gives no bar admission information in his signature block but instead identifies himself as an "Owner & Authorized Representative" of EDJ. *Id.* This will not do. Accordingly, within **30 days** of the date of this Order, EDJ shall file the entry of appearance of licensed counsel satisfying the requirements of Local Rule 83.10(a). Failure to do so may result in the striking of any further filings by EDJ without further notice.

    **SO ORDERED** on this **28th day of April 2025.**

                                                       Mark T. Pittman
                                                       UNITED STATES DISTRICT JUDGE