UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**KELLY BLAND,**

>   Plaintiff,

v.                                                          **No. 4:24-cv-00994-P**

**OUR WORLD ENERGY LLC,**
**ET AL.,**

>   Defendants.

## ORDER

One month ago, the Court ordered Defendant EDJ Enterprises, Inc. to file the entry of appearance of licensed counsel by May 28, 2025, because as a corporation, EDJ cannot appear pro se. *Memon v. Allied Domecq QSR*, 385 F.3d 871, 873 (5th Cir. 2004). Rather than strike EDJ's motion to dismiss—which the Court already denied—the Court finds it more appropriate to simply acknowledge that EDJ is now in default. Under Rule 12(a)(4)(A) of the Federal Rules of Civil Procedure, EDJ's answer came due 14 days after the Court denied its motion to dismiss, i.e., May 12, 2025. Because EDJ did not file an answer by that deadline, it is now in default. The Court hereby **DIRECTS** the Clerk to enter default against EDJ Enterprises, Inc. and **ORDERS** Plaintiff to move for default judgment by **June 16, 2025.**

>   **SO ORDERED** on this **2nd day of June 2025.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE