# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
## Fort Worth Division

| | | |
|---|---|---|
| Bland | § § § § § | |
| Plaintiff | § | |
| v. | § § | Civil Action No. 4:24-cv-00994-P |
| | § § § | |
| Our World Energy LLC et al | § § | |
| Defendant | § | |

## CLERK'S ENTRY OF DEFAULT

The record reflects that service of the complaint has been made upon the Defendant named below:

EDJ Enterprises Inc.

---

It appears from the record that service of the complaint has been made, that the Defendant has failed to answer or otherwise defend as directed within the time allowed, and that the Plaintiff has shown that failure through affidavit or otherwise.

Therefore, upon Plaintiff's request, DEFAULT is entered against the Defendant named above.

KAREN S. MITCHELL, CLERK
U.S. DISTRICT COURT

s/ J. Pinder
By: Deputy Clerk on 6/2/2025