# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| KELLY BLAND, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br> v. <br><br> OUR WORLD ENERGY LLC <br> AND <br> EDJ ENTERPRISES INC. <br><br> Defendants. | Case No. 4:24-cv-00994-P <br><br><br> **JURY TRIAL DEMANDED** |

**[PROPOSED ORDER GRANTING]
MOTION FOR EXTENSION OF TIME TO
SEEK DEFAULT JUDGMENT IN ORDER TO
CONTINUE DISCOVERY TO OBTAIN
RECORDS THAT IDENTIFY PUTATIVE CLASS MEMBERS**

This matter having come before the Court on the above motion, IT IS HEREBY ORDERED that the Motion for an Extension of Time is GRANTED, and Plaintiff shall move to seek default judgement against Defaulting Defendant EDJ no later than 14 days after this Court rules on Plaintff's motion for class certification.

DATED this _____.

_____

J.