UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**KELLY BLAND,**

   Plaintiff,

v.                                      No. 4:24-cv-00994-P

**OUR WORLD ENERGY LLC,**
**ET AL.,**

   Defendants.

## ORDER

   Before the Court is Plaintiff Kelly Bland's Motion for Extension of Time. ECF No. 43. Having considered the Motion, the Court believes expedited briefing is warranted. Although Defendant EDJ Enterprises, Inc. has not appeared via licensed counsel, Defendant Our World Energy LLC (Our World) apparently conferred with counsel for Plaintiff and opposed the requested relief. *Id.* at 9 (certificate of conference). Accordingly, the Court **ORDERS** Our World to file a response to the Motion on or before **June 20, 2025**. Thereafter, Plaintiff shall file a reply brief on or before **June 24, 2025**.

   Until the Court rules on Plaintiff's Motion for Extension, Plaintiff's deadline to move for summary judgment (ECF No. 40) will be temporarily **STAYED**.

   **SO ORDERED** on this **16th day of June 2025.**

                                      _____
                                      Mark T. Pittman
                                      UNITED STATES DISTRICT JUDGE