**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| KELLY BLAND, individually and on behalf of all others similarly situated,<br><br>               Plaintiff,<br>  v.<br><br>OUR WORLD ENERGY LLC<br>AND<br>EDJ ENTERPRISES INC.<br><br><br>              Defendants. | Case No. 4:24-cv-00994-P<br><br><br><br>**JURY TRIAL DEMANDED** |

**JOINT MEDIATION REPORT**

Pursuant to the Scheduling Order entered in this case, Plaintiff Kelly Bland ("Plaintiff") and Defendant Our World Energy LLC ("Our World" and, together with Plaintiff, the "Parties") submit this Joint Mediation Report and state as follows.

1.      On June 17, 2025, the Parties participated in an in-person mediation with The Honorable David Evans, as ordered by the Court.

2.      Plaintiff and her counsel, Andrew Perrong, were present and participated in the mediation on Plaintiff's behalf. Our World's counsel, Caleb Bulls, and Our World's client representative (Dan Womack) were present and participated in the mediation on Our World's behalf.

3.      The parties did not reach a settlement at mediation. However, Plaintiff agreed to submit a supplemental position paper to the mediator by June 24th. Defendant will then have an opportunity to submit a response to the supplement to the mediator by June 30th. The Parties and the mediator will then discuss whether a continuation of the mediation is appropriate. To the extent mediation continues, the continuation of the mediation would occur by Zoom and would be

completed before the Court's July 6th deadline.  The parties will promptly provide the Court with

a Supplemental Joint Report once it is determined whether or not a resolution can be reached.

RESPECTFULLY SUBMITTED AND DATED this June 23, 2025.

> */s/ Andrew Roman Perrong*
> Andrew Roman Perrong, Esq.
> Perrong Law LLC
> 2657 Mount Carmel Avenue
> Glenside, Pennsylvania 19038
> Phone: 215-225-5529 (CALL-LAW)
> Facsimile: 888-329-0305
> a@perronglaw.com
>
> ***Attorney for Plaintiff***
>
> */s/Caleb B. Bulls*
> Caleb B. Bulls
> State Bar No. 24082749
> caleb.bulls@kellyhart.com
> **KELLY HART & HALLMAN, LLP**
> 201 Main Street, Suite 2500
> Fort Worth, Texas 76102
> Phone: (817) 332-2500
> Facsimile: (817) 878-9280
>
> ***Attorney for OWE***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 23, 2025 a copy of the foregoing document

was electronically filed with the Clerk of the Court and served on all counsel of record via the

CM/ECF system.

> */s/ Andrew Roman Perrong*
> Andrew Roman Perrong, Esq.
> Perrong Law LLC
> 2657 Mount Carmel Avenue
> Glenside, Pennsylvania 19038
> Phone: 215-225-5529 (CALL-LAW)
> Facsimile: 888-329-0305
> a@perronglaw.com

2