# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| KELLY BLAND, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>OUR WORLD ENERGY LLC<br>AND<br>EDJ ENTERPRISES INC.<br><br>Defendants. | Case No. 4:24-cv-00994-P<br><br>**JURY TRIAL DEMANDED** |

## SUPPLEMENTAL JOINT MEDIATION REPORT

Pursuant to the Scheduling Order entered in this case, Plaintiff Kelly Bland ("Plaintiff") and Defendant Our World Energy LLC ("Our World" and together with Plaintiff, the "Parties") submit this Supplemental Joint Mediation Report and state as follows.

1. On June 17, 2025, the Parties participated in an in-person mediation with The Honorable David Evans, as ordered by the Court.

2. Plaintiff and her counsel, Andrew Perrong, were present and participated in the mediation on Plaintiff's behalf. Our World's counsel, Caleb Bulls, and Our World's client representative (Dan Womack) were present and participated in the mediation on Our World's behalf.

3. The parties did not reach a settlement at mediation. However, Plaintiff and Our World agreed to continue discussing settlement with the aid of Judge Evans. As a result of those discussions, the Parties were able to reach an agreement on definitive terms to resolve the claims between Plaintiff and Our World. The settlement does not apply to any putative class members and does not settle Plaintiff's claims against Defendant EDJ Enterprises, Inc.

4.    The Parties anticipate that they will be able to reduce their agreement to a formal written settlement agreement within two (2) weeks. At that time, Plaintiff will file appropriate paperwork with the Court to dismiss Our World from the lawsuit.

RESPECTFULLY SUBMITTED AND DATED this July 7, 2025.

>   */s/ Andrew Roman Perrong*
>   Andrew Roman Perrong, Esq.
>   Perrong Law LLC
>   2657 Mount Carmel Avenue
>   Glenside, Pennsylvania 19038
>   Phone: 215-225-5529 (CALL-LAW)
>   Facsimile: 888-329-0305
>   a@perronglaw.com
>
>   *Attorney for Plaintiff*
>
>   */s/Caleb B. Bulls*
>   Caleb B. Bulls
>   State Bar No. 24082749
>   caleb.bulls@kellyhart.com
>   **KELLY HART & HALLMAN, LLP**
>   201 Main Street, Suite 2500
>   Fort Worth, Texas 76102
>   Phone: (817) 332-2500
>   Facsimile: (817) 878-9280
>
>   *Attorney for OWE*