UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**KELLY BLAND,**

    Plaintiff,

v.                                              **No. 4:24-cv-00994-P**

**OUR WORLD ENERGY LLC,**
**ET AL.,**

    Defendants.

## ORDER

The Court received notice that the Parties settled the instant dispute. ECF No. 48. The Court therefore **STAYS** all pending deadlines in this case and **ORDERS** that the Parties shall file the appropriate joint stipulation of dismissal with prejudice **by July 21, 2025.**

**SO ORDERED** on this **7th day of July 2025.**

_____
MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE