# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| **KELLY BLAND, individually and on behalf of all others similarly situated,** | § § § § § | |
| *Plaintiff,* | § § | |
| **v.** | § § | **Case No. 4:24-cv-00994-P** |
| **OUR WORLD ENERGY, LLC, and EDJ ENTERPRISES, INC.,** | § § § § | |
| *Defendants* | § § | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Kelly Bland ("Plaintiff") and Defendant Our World Energy, LLC ("OWE," and with Plaintiff, the "Parties") hereby stipulate and agree that the claims asserted between the Parties in the above-styled and -numbered action shall be dismissed with prejudice.  As a result thereof, the Parties respectfully request that the Court dismiss OWE from the lawsuit.  This stipulation shall not affect the claims that Plaintiff has asserted against Defendant EDJ Enterprises, Inc.  Additionally, this stipulation shall only apply to Plaintiff's claims and shall not affect claims that any member or plaintiff in a putative class action may have against OWE.

RESPECTFULLY SUBMITTED AND DATED this July 20, 2025.

>/s/ Andrew Roman Perrong
>Andrew Roman Perrong, Esq.
>Perrong Law LLC
>2657 Mount Carmel Avenue
>Glenside, Pennsylvania 19038
>Phone: 215-225-5529 (CALL-LAW)
>Facsimile: 888-329-0305
>a@perronglaw.com
>
>**Attorney for Plaintiff**
>
>/s/Caleb B. Bulls
>Caleb B. Bulls
>State Bar No. 24082749
>caleb.bulls@kellyhart.com
>**KELLY HART & HALLMAN, LLP**
>201 Main Street, Suite 2500
>Fort Worth, Texas 76102
>Phone: (817) 332-2500
>Facsimile: (817) 878-9280
>
>**Attorney for OWE**