IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **KELLY BLAND, individually and on behalf of all others similarly situated,** § § § | | |
| *Plaintiff*, § § | | |
| v. § § | Case No. 4:24-cv-00994-P | |
| **OUR WORLD ENERGY, LLC, and EDJ ENTERPRISES, INC.,** § § § § | | |
| *Defendants* § | | |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Kelly Bland ("Plaintiff") hereby dismisses her claims against Defendant EDJ Enterprises, Inc., without prejudice, pursuant to Rule 41(a)(i)(A)(1) of the Federal Rules of Civil Procedure. Defendant EDJ Enterprises has not filed an Answer or Motion for Summary Judgment.

RESPECTFULLY SUBMITTED AND DATED this July 25, 2025.

                                            */s/ Andrew Roman Perrong*
                                            Andrew Roman Perrong, Esq.
                                            Perrong Law LLC
                                            2657 Mount Carmel Avenue
                                            Glenside, Pennsylvania 19038
                                            Phone: 215-225-5529 (CALL-LAW)
                                            Facsimile: 888-329-0305
                                            a@perronglaw.com

                                            ***Attorney for Plaintiff***